FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 28 PM 3: 16

Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; DON M. MCGEE, in his capacity as Assessor of the Municipality of Anchorage; and BOARD OF EQUALIZATION OF THE MUNICIPALITY OF ANCHORAGE,<br><br>Defendants. | Case No. A05-0291 CV (JKS)<br><br>**MOTION FOR NON-RESIDENT ATTORNEY TO <u>APPEAR AND PARTICIPATE</u>** |

Pursuant to L.R. 83.1(d)(1)(A), plaintiff moves that Stephen D. Goodwin be permitted to appear and participate as co-counsel for plaintiff in the above-captioned action. As shown by the certificate attached hereto, as well as the Affidavit of Stephen D. Goodwin, applicant is a member in good standing of United States District Court for the Western District of Tennessee, and is not otherwise disqualified from practicing law in the State of Alaska.

Mr. Goodwin will be associated with Brewster H. Jamieson, ASBA No. 8411122, of Lane Powell LLC, whose address is 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648, phone number 907-264-3325, and who is authorized to practice in this court.

DATED this 28th day of December, 2005.

LANE POWELL LLC
Attorneys for Plaintiff

By _____
Brewster H. Jamieson, ASBA No. 8411122

I certify that on December 28, 2005, a copy of the foregoing was served by mail on:

Dean T. Gates, Esq.
Municipality of Anchorage
632 West Sixth Avenue Suite 730
Anchorage, Alaska 99519-2230

_____
Nanci L. Biggerstaff, CPS, PLS
121591.0001/152825.1

Brewster Jamieson
Lane Powell LLC
301 West Northern Lights Blvd
Suite 301
Anchorage, AK 99503-2648
907-264-3325
jamieson@lanepowell.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>    Plaintiff,<br><br>VS.<br><br>MUNICIPALITY OF ANCHORAGE;<br>DON M. McGEE, in his capacity as<br>Assessor of the Municipality of<br>Anchorage; and BOARD OF<br>EQUALIZATION OF THE<br>MUNICIPALITY OF ANCHORAGE,<br><br>    Defendants. | Civil No. _____<br><br><br><br><br>AFFIDAVIT OF STEPHEN D.<br>GOODWIN |

1

STATE OF TENNESSEE    )
COUNTY OF SHELBY      )

Stephen D. Goodwin, having been first duly sworn, hereby states as follows:

1. My full name is Stephen Dorr Goodwin. I have not been known by any other names.

2. My office address is: Baker Donelson Bearman Caldwell & Berkowitz, 165 Madison, Suite 2000, Memphis, Tennessee 38103.

3. My residence address is 1443 Carr Avenue, Memphis, Tennessee 38104.

4. I have been admitted to practice in the state courts of Tennessee by the Tennessee Supreme Court (1978). The Tennessee Supreme Court's address is: 511 Union Street, Suite 600, Nashville, TN 37219.

5. I have also been admitted to practice in the following federal courts of appeal: the Sixth Circuit (1981), 540 Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio 45202; the Eighth Circuit (1989), Room 500 Federal Court Building, 316 North Robert Street, St. Paul, MN 55101; the Ninth Circuit (1990), P.O. Box 193939, San Francisco, CA 94110-3939; the Tenth Circuit (1995), Byron White U.S. Courthouse, 1823 Stout Street, Denver, CO 80257; and the Eleventh Circuit (2005), 56 Forsyth Street, N.W., Atlanta, Georgia 30303.

6. I have also been admitted to practice in the following federal district courts: Western District of Tennessee (1979), 167 N Main St, Memphis, TN

M SDG 917191 v1
2783874-000002 12/12/05

38103; Northern District of Mississippi (1981), Room 369 Federal Building, 911 Jackson Avenue. Oxford, MS 38655; District of Montana (1992), U.S. District Court, James F. Battin Courthouse, 316 North 26th Street, Billings, MT 59101; Middle District of Tennessee (1991), 801 Broadway, Nashville, TN 37203; and District of Colorado (2003), Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver, Colorado 80294-3589.

7. I am not now nor have ever been the subject of any disciplinary action, suspension, or disbarment.

8. I have read the Local Rules of this Court.

9. Accompanying my Affidavit is a Certificate of Good Standing from United States District Court for the Western District of Tennessee.

FURTHER AFFIANT SAYETH NOT.

Stephen D. Goodwin

**SWORN TO AND SUBSCRIBED** before me this 13th day of December, 2005.

Pamela A. Key
Notary Public

My Commission Expires:
March 18, 2006



3

M SDG 917191 v1
2783874-000002 12/12/05

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA         } SS.

WESTERN DISTRICT OF TENNESSEE

    I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

    DO HEREBY CERTIFY That **STEPHEN D. GOODWIN** Was duly admitted to practice in said Court on January 15, 1979 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee

on December 5, 2005.

THOMAS M. GOULD
Clerk of Court

By *Christopher Burell*,
Deputy Clerk