LODGED
DEC 2 8 2005

FILED
DEC 3 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

GATX FINANCIAL CORPORATION,

Plaintiff,

v.

MUNICIPALITY OF ANCHORAGE; DON M. MCGEE, in his capacity as Assessor of the Municipality of Anchorage; and BOARD OF EQUALIZATION OF THE MUNICIPALITY OF ANCHORAGE,

Defendants.

Case No. A05-0291 CV (JKS)

**ORDER**

THIS COURT, having considered plaintiff's Motion for Non-Resident Attorney to Appear and Participate, as well as any responses thereto;

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED. Permission is granted for Stephen D. Goodwin to appear and participate in the above-captioned matter.

DATED this 29 day of December, 2005/January, 2006.

_____
The Honorable James K. Singleton, Jr.
United States District Court Judge

I certify that on December 28, 2005, a copy of the foregoing was served by mail on:

Dean T. Gates, Esq.
Municipality of Anchorage
632 West Sixth Avenue Suite 730
Anchorage, Alaska 99519-2230

Nanci L. Biggerstaff, CPS, PLS
121591.0001/152825.1

Copies of orders in this action will be served only on LEAD LOCAL COUNCEL who is responsible for notifying non-resident counsel.

A05-0291--CV (JKS)
--------------------
B. JAMIESON (LANE)
D. GATES
S. GOODWIN

om 12-30-05