Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:      907-277-9511
Fax:     907-276-2631
Email:   jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:      901-577-2141
Fax:     901-577-0734
Email:   sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; DON M. MCGEE, in his capacity as Assessor of the Municipality of Anchorage; and BOARD OF EQUALIZATION OF THE MUNICIPALITY OF ANCHORAGE,<br><br>　　　　　　　　　　　Defendants. | Case No. A05-0291 CV (TMB)<br><br>**JOINT MOTION TO DEPOSIT<br>DISPUTED TAXES INTO THE COURT** |

　　　　Pursuant to Rule 67 of the Federal Rules of Civil Procedure, and Local Rule 67.1, plaintiff GATX Financial Corporation ("GATX") and defendants Municipality of Anchorage, Don M. McGee, and the Board of Equalization of the Municipality of Anchorage hereby move for an Order from this Court authorizing the deposit of disputed tax monies into an interest bearing account in the Registry of the Court, pending the outcome of this litigation.

On December 12, 2005, GATX filed a Verified Complaint for Injunctive and Declaratory Relief pursuant to Section 306 of the Railroad Revitalization and Regulatory Reform Act of 1976, now codified at 49 U.S.C. § 11501 ("Section 306"). As set forth in that Verified Complaint, GATX alleges that the defendants and those in active concert and participation with them have levied and assessed and will attempt to collect additional and discriminatory ad valorem property taxes from GATX for tax year 2004.

Section 306 specifically authorizes United States district courts to grant preliminary injunctive relief to prevent or restrain any acts in violation of Section 306. The prayer for relief in the Complaint seeks such preliminary relief, including a restraining order and/or preliminary injunction to restrain the defendants and those acting in concert or participation with them, from collecting the allegedly excessive taxes. Counsel for the parties, however, have reached an agreement, subject to the approval of the Court, which will obviate the need for the Court to rule on any motions by GATX for a temporary restraining order or a preliminary injunction to restrain collection of the disputed taxes. Counsel have agreed, merely for purposes of maintaining the *status quo*, that the disputed taxes may be deposited with the Clerk of the Court and deposited into an interest-bearing account or invested in an interest-bearing instrument pending the resolution of this case on the merits. At the conclusion of the litigation, the disputed taxes and any interest accrued while on deposit with the Court shall be distributed in accordance with the Court's ruling in this case, or in accordance with any settlement that may be reached by the parties. No interest, costs, or penalties under Alaska statute or the Municipal Code of Anchorage pertaining to delinquent taxes will be imposed on the disputed taxes paid into the Registry for the 2004 tax year.

Counsel for the Municipality of Anchorage ("MOA") has stipulated that MOA is the authority responsible for the assessing, levying, and collection of the taxes at issue under Section 306 of the Railroad Revitalization and Regulatory Reform Act of 1976. Counsel for MOA has further stipulated that MOA will insure compliance with any orders of this Court by all agencies, boards, and employees and officials of MOA. In light of these stipulations, the plaintiff will enter into a stipulated dismissal without prejudice under Rule 41(a)(1)(ii) of the Fed. R. Civ. Proc. as to defendants Don M. McGee and the Board of Equalization of the Municipality of Anchorage.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Counsel for the parties herewith submit a proposed Consent Order for the Court's consideration effectuating the agreement of the parties.

                            LANE POWELL LLC
                            Attorneys for Plaintiff

DATED: January 24, 2006        By  s/ Brewster H. Jamieson
                            Brewster H. JamiesonASBA No. 8411122
                            301 West Northern Lights Boulevard, Suite 301
                            Anchorage, Alaska 99503-2648
                            Tel:   907-277-9511
                            Fax:  907-276-2631
                            Email: jamiesonb@lanepowell.com

FREDERICK H. BONESS
Municipal Attorney

DATED: January 24, 2006        By  s/Dean T. Gates (consent)
                            Dean T. Gates ASBA No. 0105025
                            Assistant Municipal Attorney
                            PO Box 196650
                            Anchorage, Alaska 99519-6550
                            Tel:   907-343-4545
                            Fax:  907-343-4550
                            Email: uslit@muni.org
                            ASBA No. 0105025

I certify that on January 24, 2006, a copy of the foregoing was served by EFC on:

Dean T. Gates, Esq.
Stephen D. Goodwin, Esq.

 s/ Nanci L. Biggerstaff
Nanci L. Biggerstaff, CPS, PLS
fc121591.0001/153269.1