Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:     907-277-9511
Fax:    907-276-2631
Email:  jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
Attorneys at Law
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:     901-577-2141
Fax:    901-577-0734
Email:  sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; DON M. MCGEE, in his capacity as Assessor of the Municipality of Anchorage; and BOARD OF EQUALIZATION OF THE MUNICIPALITY OF ANCHORAGE,<br><br>　　　　　　　　　Defendants. | Case No. A05-0291 CV (JKS)<br><br>**STIPULATION TO DISMISS DEFENDANTS DON M. MCGEE AND BOARD OF EQUALIZATION OF THE MUNICIPALITY <u>OF ANCHORAGE WITHOUT PREJUDICE</u>** |

　　　　Pursuant to Rule 41(a)(1)(ii), plaintiff GATX Financial Corporation hereby dismisses

without prejudice defendants Don M. McGee, in his capacity as Assessor of the Municipality of

Anchorage, and the Board of Equalization of the Municipality of Anchorage, with each party to bear their own costs and fees.

          LANE POWELL LLC
          Attorneys for Plaintiff

DATED: January 24, 2006    By  s/ Brewster H. Jamieson
          Brewster H. Jamieson, ASBA No. 8411122
          301 West Northern Lights Boulevard, Suite 301
          Anchorage, Alaska 99503-2648
          Tel:   907-277-9511
          Fax:  907-276-2631
          Email: jamiesonb@lanepowell.com

FREDERICK H. BONESS
Municipal Attorney

DATED: January 24, 2006    By  s/Dean T. Gates (consent)
          Dean T. Gates
          Assistant Municipal Attorney
          PO Box 196650
          Anchorage, Alaska 99519-6650
          Tel:   907-343-4545
          Fax:  907-343-4550
          Email: uslit@muni.org
          ASBA No. 0105025

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631