Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel: 901-577-2141
Fax: 901-577-0734
Email: sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; DON M. MCGEE, in his capacity as Assessor of the Municipality of Anchorage; and BOARD OF EQUALIZATION OF THE MUNICIPALITY OF ANCHORAGE,<br><br>                    Defendants. | Case No. A05-0291 CV (TMB)<br><br>**RULE 7.1 CORPORATE**<br>**DISLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff GATX Financial Corporation states that it is a wholly-owned subsidiary of GATX Corporation, which is a publicly-held corporation.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

DATED this 27th day of January, 2006.

          LANE POWELL LLC
          Attorneys for Plaintiff

By  s/ Brewster H. Jamieson
    Brewster H. Jamieson, ASBA No. 8411122
    LANE POWELL LLC
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska  99503-2648
    Telephone:  907-277-9511
    Facsimile:   907-276-2631
    Email:  jamiesonb@lanepowell.com

I certify that on January 27, 2006, a copy of the foregoing was served by ECF on:

Dean T. Gates, Esq.
Municipality of Anchorage
632 West Sixth Avenue, Suite 730
Anchorage, Alaska 99501-2230

 s/ Nanci L. Biggerstaff
Nanci L. Biggerstaff, CPS, PLS
121591.0001/153347.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Rule 7.1 Corporate Disclosure Statement**
*GATX Financial Corporation v. Municipality of Anchorage, et al.*  **(A05-0291 CV (JKS))**      **Page 2 of 2**