Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:       907-277-9511
Fax:      907-276-2631
Email:   jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:       901-577-2141
Fax:      901-577-0734
Email:   sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; DON M. MCGEE, in his capacity as Assessor of the Municipality of Anchorage; and BOARD OF EQUALIZATION OF THE MUNICIPALITY OF ANCHORAGE,<br><br>　　　　　　　　　　Defendants. | Case No. A05-0291 CV (TMB)<br><br>**SCHEDULING AND PLANNING<br>CONFERENCE REPORT** |

1.  **Meeting.**  In accordance with Fed. R. Civ. P. 26(f), a meeting was held on January 27, 2006, and was attended by

    Brewster H. Jamieson and Stephen D. Goodwin, attorneys for plaintiff

    Dean T. Gates, attorney for defendants

The parties recommend the following:

2.  **Pre-Discovery Disclosures.**  The information required by Fed. R. Civ. P. 26(a)(1):

    ☐ have been exchanged by the parties

    ☒ will be exchanged by the parties by February 15, 2006

    ☐ Proposed changes to disclosure requirements:

Preliminary witness lists

☐ have been exchanged by the parties in their initial disclosures

☒ will be included in the parties' initial disclosures to be exchanged by February 15, 2006

3.  **Contested Issues of Fact and Law.**  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Plaintiff states that the following issues are before this court:

a.  Whether the 2004 Municipality of Anchorage assessment of GATX violates § 306 of the Railroad Revitalization and Regulatory Reform Act of 1976, 49 U.S.C. 11501.

b.  Whether the court has subject matter jurisdiction over the Municipality of Anchorage's counterclaims.

Defendant states (but plaintiff does not agree) that in addition to the above, the following issue is before the court:

c.  Whether the allocation factor used by the Assessor in the 2004 assessment resulted in unequal, excessive, improper or under valuation, under AMC 12.05.053C and AS 29.45.210(b).

4.  **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

A.  Both parties agree discovery will be needed on issue 3a. above; Defendants state, but plaintiff does not agree, that discovery will be needed on issue 3c. above.

B.  All discovery commenced in time to be completed by August 15, 2006.

C.  Limitations on Discovery.

   1.  Interrogatories.

   ☒ No change from F.R.Civ.P. 33(a)

   ☐ Maximum of _____ by each party to any other party.

   Responses are due 30 (33 if mailed) after date of service.

   2.  Requests for Admission.

   ☒ No change from F.R.Civ.P. 36(a)

   ☐ Maximum of _____ requests.

   Responses are due 30 (33 if mailed) after date of service.

   3.  Depositions.

   ☒ No change from F.R.Civ.P. 36(a), (d).

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

☐ Maximum of _____ deposition by each party.

Deposition are not to exceed _____ unless agreed to by all parties.

D. Reports from retained experts.

☒ Not later than 90 days before close of discovery subject to F.R.Civ.P. 26(a)(2)(C). Each party must disclose reports from rebuttal experts not later than 45 days before the close of discovery.

☐ Reports are due:

From plaintiff on _____           From defendant on _____

E. Supplementation of disclosures and discovery responses are to be made:

☐ Periodically at 60-day intervals from the entry of the scheduling and planning order.

☒ As new information is acquired, but not later than 60 days before close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom the party may wish to call at trial, will be due:

☒ 45 days prior to the close of discovery.

☐ Not later than.

5. **Pretrial Motions.**

☐ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak LR 16.1(c):

☒ Motions to amend the pleadings or add parties to be filed not later than May 22, 2006.

☒ Motions under the discovery rules must be filed not later than September 14, 2006.

☒ Motions *in limine* and dispositive motions must be filed not later than September 14, 2006.

6. **Other Provisions.**

A. ☒ The parties do not request a conference with the court before entry of the scheduling order.

☐ The parties request a scheduling conference with the court on the following issue(s):

B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

☒ This matter is not considered a candidate for court-annexed alternative dispute resolution.

☐ The parties will file a request for alternative dispute resolution no later than _____.

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

☐ Mediation            ☐ Early Neutral Evaluation

C. The parties ☐ do ☒ do not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

☒ All parties have complied    ☐ Compliance not required by any party

7. **Trial.**

A. This matter will be ready for trial: by:

☒ 45 days after the discovery close date.

☐ not later than {Click F11}

B. The matter is expected to take four days to try.

C. Jury demanded    ☐ Yes    ☒ No

Right to jury trial disputed?    ☐ Yes    ☒ No

LANE POWELL LLC
Attorneys for Plaintiff

DATED: January 27, 2006     By  s/ Brewster H. Jamieson
                            Brewster H. Jamieson, ASBA No. 8411122
                            301 West Northern Lights Boulevard, Suite 301
                            Anchorage, Alaska  99503-2648
                            Tel:   907-277-9511
                            Fax:   907-276-2631
                            Email: jamiesonb@lanepowell.com


FREDERICK H. BONESS
Municipal Attorney


DATED: January 27, 2006     By  s/Dean T. Gates (consent)
                            Dean T. Gates
                            Assistant Municipal Attorney
                            PO Box 196650
                            Anchorage, Alaska  99519-6650
                            Tel:   907-343-4545
                            Fax:   907-343-4550
                            Email: uslit@muni.org
                            ASBA No. 0105025

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631