Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Don M. McGee
Board of Equalization

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MUNICIPALITY OF ANCHORAGE, DON M. ) <br> MCGEE, in his capacity as Assessor of the ) <br> Municipality of Anchorage, and BOARD OF ) <br> EQUALIZATION of the Municipality of Anchorage) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:05-cv-00291-TMB |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS
COUNTER-CLAIM FOR LACK OF SUBJECT MATTER JURIDICTION**

Defendants, by and through the undersigned counsel, hereby request a 10 day extension of time to file its Opposition to Plaintiff's Motion to Dismiss Counter-claim for Lack of Subject Matter Jurisdiction. This Opposition was originally due February 27, 2006. The 10-day extension will allow the defendants until March 9, 2006 to file its opposition. This motion is made under Federal Rule of Civil Procedure 6(b), is supported

by the attached affidavit, is not made for purposes of delay, and will not prejudice the plaintiff.

DATED this 27th day of February, 2006.

FREDERICK H. BONESS
MUNICIPAL ATTORNEY

/s/ Dean T. Gates
Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile
AK Bar No. 0105025

The undersigned hereby certifies that on 02/27/06 a true and correct copy of the *Motion for Enlargement of Ttime to file an opposition to plaintiff's motion to Dismiss Counterclaim for Lack of Subject Matter Juridiction; Affidavit In Support and Proposed Order*
was served on:
- Brewster Jamieson
- Steven D. Goodwin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/Retah Hicks
Retah Hicks, Legal Secretary
Municipal Attorney's Office

**Motion for Enlargement of Time to File Defendants' Opposition to Plaintiff's Motion to Dismiss**
*GATX Financial Corporation v. Municipality of Anchorage, et al.,* **Case No. A05-00291 CV (TMB)**
**Page 2 of 2**