Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail:  uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Don M. McGee
Board of Equalization

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GATX FINANCIAL CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MUNICIPALITY OF ANCHORAGE, DON M. | ) | |
| MCGEE, in his capacity as Assessor of the | ) | |
| Municipality of Anchorage, and BOARD OF | ) | |
| EQUALIZATION of the Municipality of Anchorage) | | |
| | ) | |
| Defendants. | ) | Case No. 3:05-cv-00291-TMB |
| _____ | ) | |

**ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO
PLAINTIFF'S MOTION TO DISMISS COUNTER-CLAIM FOR LACK OF
SUBJECT MATTER JURIDICTION**

This motion having come before this court, any opposition being received, and

being fully advised of the premises thereto, it is hereby ordered that defendants may have

until March 9, 2006 to file its opposition to the above-referenced motion.

DATED this _____ day of _____, 2006.

_____
Timothy M. Burgess, U.S. District Judge