Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Don M. McGee
Board of Equalization

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUNICIPALITY OF ANCHORAGE, DON M. )<br>MCGEE, in his capacity as Assessor of the )<br>Municipality of Anchorage, and BOARD OF )<br>EQUALIZATION of the Municipality of Anchorage)<br>)<br>Defendants. )<br>_____) | Case No. 3:05-cv-00291-TMB |

**<u>AFFIDAVIT IN SUPPORT MOTION FOR ENLARGEMENT OF TIME</u>**

I, Dean T. Gates, being first duly sworn, depose and state as follows:

1. I am the Assistant Municipal Attorney assigned to represent the three defendants in the above-captioned case.

2. The defendants' Opposition to the Plaintiff's Motion to Dismiss Counter-claim for Lack of Subject Matter Jurisdiction was due on February 27, 2006.

3. My workload the past three weeks was overwhelming and I have been unable to dedicate the time necessary to adequately research and draft the defendants'

Opposition to the Plaintiff's Motion to Dismiss. I had a state district court trial February 6, 2006; two briefs due in administrative appeals to the state superior court on February 3 and 13, respectively; an oral argument before the Alaska Supreme Court on February 14; and a building code enforcement action on a search warrant that required my oversight and supervision to prepare, request, execute on February 21, and am still overseeing the preparation of the return at this time.

4. The Municipal Attorney's Office does not have sufficient resources to assist when an assistant municipal attorney has a heavy workload. The activities described above and the time and attention they required unfortunately have caused me to request this enlargement of time in this case. It is my belief that the circumstances constitute good cause to grant the enlargement of time.

5. This request is the first request for an enlargement of time in this case and does not prejudice either party. I do not anticipate requiring additional extensions of time for filing the defendants' Opposition to the Plaintiff's Motion to Dismiss.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/Dean T. Gates
By:   Dean T. Gates
      Assistant Municipal Attorney
      Alaska Bar No. 0105025

SUBSCRIBED and SWORN TO before me this 27th day of February, 2006.

/s/ Retah Hicks
Notary Public in and for Alaska
My Commission Expires: 1-1-10

**Affidavit in Support of Defendants' Motion for Enlargement of Time**
*GATX Financial Corporation v. Municipality of Anchorage, et al.*, **Case No. 3:05-cv-00291-TMB**
**Page 2 of 2**