Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:     907-277-9511
Fax:    907-276-2631
Email:  jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:     901-577-2141
Fax:    901-577-0734
Email:  sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>      Plaintiff/Counter Defendants,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; DON M. MCGEE, in his capacity as Assessor of the Municipality of Anchorage; and BOARD OF EQUALIZATION OF THE MUNICIPALITY OF ANCHORAGE,<br><br>      Defendants/Counter Claimant. | Case No. 3:05-cv-00291-TMB<br><br>**NONOPPOSITION TO MOA'S<br>MOTION FOR ENLARGEMENT OF TIME** |

COMES NOW plaintiff/counter defendant, GATX Financial Corporation, by and through counsel, and files its nonopposition to MOA's Motion for Enlargement of Time to File an Opposition to Plaintiff's Motion to Dismiss Counter-Claim for Lack of Subject Matter Jurisdiction (Docket 13), filed February 27, 2006.

**LANE POWELL LLC**
301 WestNorthern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

DATED this 1st day of March, 2006.

        LANE POWELL LLC
        Attorneys for GATX Financial Corporation


By  s/ Brewster H. Jamieson
    Brewster H. Jamieson, ASBA No. 8411122
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska  99503-2648
    Telephone:  907-277-9511
    Facsimile:  907-276-2631
    Email:  jamiesonb@lanepowell.com

I certify that on March 1, 2006, a copy of the foregoing was served by ECF on:

Dean T. Gates, Esq.  uslit@muni.org
Stephen D. Goodwin  sgoodwin@bakerdonelson.com

 s/ Brewster H. Jamieson
121591.0001/153852.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.2762631

**Nonopposition to MOA's Motion for Enlargement of Time**
*GATX Financial Corporation v. Municipality of Anchorage, et al.*  (3:05-cv-00291-TMB)    **Page 2 of 2**