Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Don M. McGee
Board of Equalization

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUNICIPALITY OF ANCHORAGE, DON M. )<br>MCGEE, in his capacity as Assessor of the )<br>Municipality of Anchorage, and BOARD OF )<br>EQUALIZATION of the Municipality of Anchorage)<br>)<br>Defendants. )<br>_____) | Case No. 3:05-cv-00291-TMB |

## MOTION TO ACCEPT LATE FILING

COMES NOW the Defendant, Municipality of Anchorage, by and through the undersigned counsel, and hereby request the Court accept its late filing of its Opposition to Plaintiff's Motion to Dismiss Counter-claim for Lack of Subject Matter Jurisdiction. The Municipality previously requested a 10-day extension allowing it until March 6, 2006 to file its opposition. The document was not prepared for filing until March 7, 2006. The late filing is not for purposes of delay, to waste time, and should not prejudice the parties. Counsel completed the Opposition late evening March 6, and was unable to

have it filed until today.  The Municipality respectfully requests acceptance of its late filing.  Attached is an appropriate order for the Court's consideration.

DATED this 7th day of March, 2006.

                                               FREDERICK H. BONESS
                                               MUNICIPAL ATTORNEY

                                               /s/  Dean T. Gates_____
                                               Dean T. Gates
                                               Assistant Municipal Attorney
                                               Municipal Attorney's Office
                                               P.O. Box 196650
                                               Anchorage, Alaska 99519-6650
                                               e-mail:  uslit@muni.org
                                               (907) 343-4545
                                               (907) 343-4550 facsimile
                                               AK Bar No. 0105025

The undersigned hereby certifies that on 03/7/06 a
true and correct copy of the *Motion to Accept Late Filing; and Proposed Order*
was served on:
- Brewster Jamieson
- Steven D. Goodwin

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

 s/Retah Hicks_____
Retah Hicks, Legal Secretary
Municipal Attorney's Office