Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage
Don M. McGee
Board of Equalization

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUNICIPALITY OF ANCHORAGE, DON M. )<br>MCGEE, in his capacity as Assessor of the )<br>Municipality of Anchorage, and BOARD OF )<br>EQUALIZATION of the Municipality of Anchorage)<br>)<br>Defendants. )<br>_____) | Case No. 3:05-cv-00291-TMB |

**ORDER GRANTING DEFENDANTS'**
**MOTION TO ACCEPT LATE FILING**

This motion having come before this court, any opposition being received, and being fully advised of the premises thereto, it is hereby ordered that defendants Motion to Accept Late Filing of its Opposition to Plaintiff's Motion to Dismiss is lodged herewith.

DATED this _____ day of _____, 2006.

_____
Timothy M. Burgess, U.S. District Judge