Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:     907-277-9511
Fax:    907-276-2631
Email:  jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:     901-577-2141
Fax:    901-577-0734
Email:  sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>                      Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; *et al.*,<br><br>                      Defendants. | Case No. A05-0291 CV (TMB)<br><br>**NOTICE OF DEPOSIT<br>OF FUNDS IN COURT** |

       Pursuant to the Court's Consent Order for Deposit of Funds in Court, Doc. 18, plaintiff GATX Financial Corporation gives notice of deposit of the funds with the Clerk of Court.  A copy of the check is attached at Exhibit 1, and the original will be delivered to the Clerk this date.

       DATED this 13th day of March, 2006.

                                        LANE POWELL LLC
                                        Attorneys for Plaintiff


                                        By   s/ Brewster H. Jamieson
                                           Brewster H. JamiesonASBA No. 8411122
                                           301 West Northern Lights Boulevard, Suite 301
                                           Anchorage, Alaska  99503-2648
                                           Tel:     907-277-9511
                                           Fax:    907-276-2631
                                           Email:  jamiesonb@lanepowell.com

I certify that on March 13, 2006, a copy of the foregoing was served by EFC on:

Dean T. Gates, Esq.
Stephen D. Goodwin, Esq.

 s/ Nanci L. Biggerstaff
Nanci L. Biggerstaff, CPS, PLS
121591.0001/154073.1

*Left margin:* **LANE POWELL LLC**  301 West Northern Lights Boulevard, Suite 301  Anchorage, Alaska  99503-2648  Telephone 907.277.9511  Facsimile 907.276.2631