**THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW**

**GATX**

GATX Rail, a division of GATX Financial Corporation

Void after 90 days

LASALLE BANK N.A.
CHICAGO, ILLINOIS 60603

70-2302 / 719

Check Date    01/17/2006    Check No    319507

Check Amount    $24,352.61

Pay
*TWENTY-FOUR THOUSAND THREE HUNDRED FIFTY-TWO DOLLARS AND SIXTY-ONE CENTS*

To the Order of
UNITED STATES DISTRICT COURT
ANCHORAGE AK

BY _____

BY *William J. Hasek*

Two Signatures Required over $25,000.00

⑈319507⑈ ⑆071923022⑆ 559006801⑈

EXHIBIT __1__
PAGE __1__ OF __1__