```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

       # 00127814 - PS
        March 13, 2006


 Code    Case #    Qty      Amount

 6855XX-D 05-291            24,352.61 CK


 TOTAL→            24,352.61


 FROM: GATX FINANCIAL CORPORATION
       DEPOSIT FUNDS
       3:05-CV-00291 TMB)
```