```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

        # 00127816 - PS
         March 13, 2006

   Code    Case #    Qty      Amount

   604700-R 05-291            24,352.61 CK


   TOTAL→            24,352.61


   FROM: GATX FINANCIAL CORP
         3:05-CV-00291 TMB
```