Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel: 901-577-2141
Fax: 901-577-0734
Email: sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>Plaintiff/Counter Defendants,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; *et al.*,<br><br>Defendants/Counter Claimant. | Case No. 3:05-cv-00291-TMB<br><br>**NOTICE RE SUBMITTAL OF<br>AMENDED PROPOSED ORDER<br>RE DEPOSIT OF FUNDS** |

Pursuant to the Court's electronic notice of March 14, 2005, plaintiff provides an Amended Consent Order for Deposit of Funds in Court.

DATED this 20th day of March, 2006.

                LANE POWELL LLC
                Attorneys for GATX Financial Corporation

                By  s/ Brewster H. Jamieson
                  Brewster H. Jamieson, ASBA No. 8411122
                  301 West Northern Lights Boulevard, Suite 301
                  Anchorage, Alaska 99503-2648
                  Telephone: 907-277-9511
                  Facsimile: 907-276-2631
                  Email: jamiesonb@lanepowell.com

I certify that on March 20, 2006, a copy of the foregoing was served by ECF on:

Dean T. Gates, Esq., uslit@muni.org
Stephen D. Goodwin, sgoodwin@bakerdonelson.com

  s/ Brewster H. Jamieson
121591.0001/154272.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631