Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail:  uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION )<br><br>                    Plaintiff,              )<br><br>        vs.                               )<br><br>MUNICIPALITY OF ANCHORAGE,   )<br><br>                    Defendant.[1]        ) | Case No. 3:05-cv-00291-TMB |

## REQUEST FOR ORAL ARGUMENT
## ON MOTION TO DISMISS COUNTER-CLAIM
## FOR LACK OF SUBJECT MATTER JURISDICTION

The Municipality of Anchorage, by and through undersigned counsel, hereby requests oral argument on the above referenced motion filed by plaintiff GATX Financial Corporation.  The Municipality believes oral argument will assist clarification of the issues related to the counterclaims, correct any deficiencies in how they were presented, and address some of the arguments in plaintiff's Reply.  An appropriate order for the court's consideration is attached.

---

[1] Caption on this document has been shortened to exclude the dismissed defendants Don M. McGee and the Board of Equalization, and is in conformity with F.R.C.P. 10(a) in that it names only the first party.

Respectfully submitted this 23rd day of March, 2006.

FREDERICK H. BONESS
MUNICIPAL ATTORNEY


s/ Dean T. Gates
Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail:  uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile
AK Bar No. 0105025

The undersigned hereby certifies that on 03/23/06 a
true and correct copy of the *Motion to Accept Late Filing;
and Proposed Order* was served on:
- Brewster Jamieson
- Steven D. Goodwin

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

s/ Jennifer Richardson
Jennifer Richardson, Legal Secretary
Municipal Attorney's Office

Oral Argument Request on Motion To Dismiss Counter-claims
GATX v. MOA et al., Case No. 3:05-cv-00291-TMB
Page 2 of 2