Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-00291-TMB |

## ORDER

This court, having received the Municipality of Anchorage's request for oral argument, hereby orders as follows:

☐   The request is GRANTED. Hearing is set for the ___ day of _____, 2006, at _____ am/pm in room ___, 222 W. 7th Avenue, Anchorage, Alaska.

☐   The request is DENIED; oral argument is unnecessary. L.R. 7.2(a)(3)[B].

DATED this _____ day of _____, 2006.

_____
Timothy M. Burgess, U.S. District Judge