Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| GATX FINANCIAL CORPORATION | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| MUNICIPALITY OF ANCHORAGE, | ) | |
| Defendant.[1] | ) | Case No. 3:05-cv-00291-TMB |

**UNOPPOSED MOTION TO AMEND CASE CAPTION
AND CORRECT COURT RECORD**

The Municipality of Anchorage, by and through undersigned counsel, hereby requests an order to amend the title caption of this case and correct the counterclaim pleadings and motions. The Municipality communicated with counsel for the plaintiff regarding this motion and received their non-opposition. *See Affidavit of Counsel*, attached hereto.

The plaintiff, GATX Financial Corporation, voluntarily dismissed defendants Don M. McGee and the Board of Equalization from this case on January 24, 2006, with

---

[1] Caption on this document has been shortened to exclude the dismissed defendants Don M. McGee and the Board of Equalization, and is in conformity with F.R.C.P. 10(a) in that it names only the first party.

consent of undersigned counsel.  However, the ECF system continues to list Mr. McGee and the BOE as counter-claimants although they are indicated as dismissed as defendants by a "(T)" next to their names.  The Answer & Counterclaim was filed by all defendants, but the reality is Mr. McGee and the BOE do not intend to be parties to the counterclaims.  The only proper defendant and only proper counterclaimant is the Municipality of Anchorage, and the parties stipulated to such on January 24, 2006.  Therefore, the undersigned requests the court order the ECF system record be corrected to recognize that and the case caption be amended to read as above, without the footnote.

Respectfully submitted this 27th day of March, 2006.

FREDERICK H. BONESS
MUNICIPAL ATTORNEY

s/ Dean T. Gates
Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail:  uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile
AK Bar No. 0105025

The undersigned hereby certifies that on 03/27/06 a true and correct copy of the *Unopposed Motion to Amend Case Caption and Correct Court Record, Affidavit of Counsel* and *Proposed Order* was served on:
- Brewster Jamieson
- Steven D. Goodwin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Jennifer Richardson
Jennifer Richardson, Legal Secretary
Municipal Attorney's Office