Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MUNICIPALITY OF ANCHORAGE, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-00291-TMB |
| ) | |

**ORDER**

This Court, having received the Unopposed Motion to Amend Case Caption and Correct Court Record filed by the Municipality of Anchorage, hereby orders as follows:

IT IS ORDERED the caption of this matter conform henceforth as written above;

IT IS FURTHER ORDERED that the ECF and court records shall reflect the dismissal or withdrawal of Don M. McGee and the Board of Equalization as counterclaimants.

DATED this _____ day of _____, 2006.

_____
Timothy M. Burgess, U.S. District Judge