Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail:  uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MUNICIPALITY OF ANCHORAGE, ) <br> ) <br> Defendant.[1] ) <br> ) | Case No. 3:05-cv-00291-TMB |

### AFFIDAVIT OF COUNSEL

I, Dean T. Gates, being first duly sworn, depose and state as follows:

1.      I am the Assistant Municipal Attorney assigned to represent the defendant Municipality of Anchorage in the above-captioned case.

2.      I communicated by email with Brewster Jamieson, counsel for GATX Financial Corporation, regarding amendment of the caption and correction of the electronic filing system as indicated in the motion.  On request, I emailed Mr. Jamieson a

---

[1] Caption on this document has been shortened to exclude the dismissed defendants Don M. McGee and the Board of Equalization, and is in conformity with F.R.C.P. 10(a) in that it names only the first party.

draft copy of the Motion to Amend Case Caption and Correct Court Record, along with this affidavit and proposed order. Mr. Jamieson indicated by email his non-opposition.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Dean T. Gates
Assistant Municipal Attorney

SUBSCRIBED and SWORN TO before me this 27th day of March, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 11/30/06

Affidavit in Support of Unopposed Motion to Amend Case Caption
*GATX Financial Corporation v. Municipality of Anchorage, et al.*, Case No. A05-00291 CV (TMB)
Page 2 of 2