IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MUNICIPALITY OF ANCHORAGE, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-00291-TMB |
| ) | |

## **ORDER**

This Court, having received the Unopposed Motion to Amend Case Caption and Correct Court Record filed by the Municipality of Anchorage, hereby orders as follows:

IT IS ORDERED the caption of this matter conform henceforth as written above;

IT IS FURTHER ORDERED that the ECF and court records shall reflect the dismissal or withdrawal of Don M. McGee and the Board of Equalization as counterclaimants.

DATED this 28th day of March, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
U.S. District Judge