Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:	907-277-9511
Fax:	907-276-2631
Email:	jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:	901-577-2141
Fax:	901-577-0734
Email:	sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>                    Defendant. | Case No. 3:05-cv-00291-TMB<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order requiring status reports for cases reassigned to the Honorable Timothy M. Burgess, counsel for GATX in the above-referenced matter submit the following status report:

**A.     Nature of the Case**

1.     Lead attorneys in this case are Stephen D. Goodwin on behalf of the plaintiff and Dean T. Gates on behalf of the defendant.  Brewster Jamieson serves as local counsel for plaintiff.

2.     The basis for federal jurisdiction is Section 306 of the Railroad Revitalization and Regulatory Reform Act of 1976, codified at 49 U.S.C. § 11501 ("Section 306"); 28 U.S.C. § 1337; and 28 U.S.C. § 1331.

3.     The plaintiff claims that the defendant's assessment of the plaintiff's rail transportation property for tax year 2004 is discriminatory, in violation of Section 306.  The

defendant has filed a counter-claim concerning previous tax years. The plaintiff has filed a motion to dismiss the counter-claim, which is fully briefed and awaiting action by the Court.

4. All parties have been served.

5. The principal legal issues are as follows:

a. Whether the defendant's assessment for the 2004 tax year of the plaintiff's rail transportation property (its tank cars) is discriminatory in violation of Section 306;

b. Whether this Court has any jurisdiction over the counter-claim asserted by the defendant.

6. Principal factual issues:

a. Whether the defendant is assessing and attempting to collect tax on property which is not within the jurisdiction of the municipality of Anchorage;

b. Whether the ratio of the assessed value to the true market value of the plaintiff's rail cars exceeds the ratio of assessed value to true market value of all other commercial and industrial property in the municipality of Anchorage.

**B. Discovery**

1. The parties have not undertaken discovery at this time, although the plaintiff has provided, without the need for discovery requests, studies conducted by the Alaska Railroad Company (complete with all underlying data) demonstrating the presence of the plaintiff's railcars in the Municipality of Anchorage during the relevant time period.

2. Pending before the Court, as mentioned previously, is the plaintiff's motion to dismiss the defendant's counter-claim which is ripe for decision by the Court.

3. The Court has not entered any orders on substantive issues to date in this case. The Court has entered a Consent Order for the deposit of the disputed tax funds into the Registry of the Court.

4. The parties have not previously filed status reports, although the parties did file a Scheduling and Planning Conference Report on January 27, 2006, leading to the entry by this Court of a Scheduling and Planning Order on March 16, 2006.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

### C. Trial

As set forth in the Scheduling and Planning Order, the parties anticipate a four-day, non-jury trial.

### D. Settlement

On March 8, 2006, counsel for plaintiff submitted to counsel for defendant a detailed settlement proposal based on the revised data provided by the Alaska Railroad Corporation. The revised data significantly narrowed the differences between the parties. This settlement would not only dispose of this case, but also an expected challenge for the 2005 tax year, and would provide a basis for the taxation of the plaintiff's railcars in the future. The defendant has not responded to this settlement offer.

A draft of this report was forwarded to counsel for defendant at 11:21 ADT on May 22, 2006, but no response has been received from him.

DATED this 23rd day of May, 2006.

        LANE POWELL LLC
        Attorneys for GATX Financial Corporation


By   s/ Brewster H. Jamieson
   Brewster H. Jamieson, ASBA No. 8411122
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska 99503-2648
   Telephone: 907-277-9511
   Facsimile: 907-276-2631
   Email: jamiesonb@lanepowell.com

I certify that on May 23, 2006, a copy
of the foregoing was served by ECF on:

Dean T. Gates, Esq.  uslit@muni.org
Stephen D. Goodwin  sgoodwin@bakerdonelson.com

 s/ Brewster H. Jamieson
121591.0001/155219.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631