Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendant
Municipality of Anchorage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MUNICIPALITY OF ANCHORAGE, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-00291-TMB |
| ) | |

## NOTICE OF CONSENT TO JOINT STATUS REPORT

COMES NOW, the defendant Municipality of Anchorage and hereby gives notice that it consents in the Joint Status Report filed by the plaintiff GATX Financial Corporation on May 23, 2006. Counsel for the Municipality had been unavailable and out of the office May 9 through May 24. *See* Affidavit of Counsel, attached hereto. Consequently, counsel for the Municipality was unable to confer with counsel for GATX regarding the Joint Status Report prior to its filing, as ordered by the court on May 9, 2006. Upon returning from that absence, the undersigned counsel for the Municipality

reviewed and agrees with the Joint Status Report, with the following addition numbered consistently with the submitted report:

> . . .
>
> A.5.c.   Whether levy and collection of taxes on plaintiff's rail transportation property that escaped assessment for prior tax years 2000 through 2003, by the same assessment method as that applied in 2004, is permissible under Section 306.
>
> . . .
>
> B.1.   The parties both have the benefit of a record developed for two hearings before the Municipality's Board of Equalization held August 5, 2005 and November 30, 2005.  This administrative record has obviated the need for some, but not all discovery.  The parties have not taken any depositions or served interrogatories, requests for admissions or requests for production, and such remains to be done.
>
> . . .

The Municipality respectfully submits its consent to the Joint Status Report as submitted by the plaintiff, with the aforementioned additions, and requests the Court accept this late-filed notice for the reasons stated in the attached affidavit of counsel.

///

///

///

**Notice of Consent to Joint Status Report**
**GATX v. MOA, Case No. 3:05-cv-00291-TMB**
**Page 2 of 3**

DATED this 15th day of June, 2006.

                                              FREDERICK H. BONESS
                                              MUNICIPAL ATTORNEY

                                              By:   s/ Dean T. Gates
                                              Dean T. Gates
                                              Assistant Municipal Attorney
                                              Municipal Attorney's Office
                                              P.O. Box 196650
                                              Anchorage, Alaska 99519-6650
                                              e-mail:  uslit@muni.org
                                              (907) 343-4545
                                              (907) 343-4550 facsimile
                                              AK Bar No. 0105025

The undersigned hereby certifies that on 06/15/06 a true and correct copy of the *Notice of Consent to Joint Status Report* was served on:
- Brewster Jamieson
- Stephen D. Goodwin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/Retah Hicks
Retah Hicks, Legal Secretary
Municipal Attorney's Office

**Notice of Consent to Joint Status Report**
**GATX v. MOA, Case No. 3:05-cv-00291-TMB**
**Page 3 of 3**