Dean T. Gates
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail:  uslit@muni.org
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>    Defendant. | Case No. 3:05-cv-00291-TMB |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF
NOTICE OF CONSENT TO JOINT STATUS REPORT**

  I, Dean T. Gates, being first duly sworn, depose and state as follows:

  1. I am the Assistant Municipal Attorney assigned to represent the defendant Municipality of Anchorage in the above-captioned case.

  2. My first child was born May 9, 2006 and I took administrative leave from the Municipal Attorney's Office beginning on that date, for over two weeks.

  3. I considered filing a Notice of Unavailability of Counsel, but there being no anticipated actions and no court calendared dates for a month before and after my

newborn's expected delivery date of May 7, 2006, I decided it was unnecessary to file such a notice. In hindsight, notice of my unavailability would have been beneficial.

4. Upon my return to work on May 24, 2006, I noted the Joint Status Report submitted by the plaintiff and the court's order. I did not read these thoroughly until recently, due to my work load and the backlog. I do not believe my delay in responding has caused prejudice to any party.

5. Plaintiff's submitted Joint Status Report is adequate and sufficiently responds to the court's order requiring status reports for cases reassigned to the Honorable Timothy M. Burgess. I provided the Notice of Consent to Joint Status Report only for purposes of clarifying the items specified therein.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Dean T. Gates
Dean T. Gates
Assistant Municipal Attorney

SUBSCRIBED and SWORN TO before me this 15th day of June, 2006.

/s/ Retah Hicks
Notary Public in and for Alaska
My Commission Expires: 1-1-10

The undersigned hereby certifies that on 06/15/06 a
true and correct copy of the Affidavit of Counsel in Support of
*Notice of Consent to Joint Status Report* was served on:
- Brewster Jamieson
- Stephen D. Goodwin

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

s/Retah Hicks
Retah Hicks, Legal Secretary
Municipal Attorney's Office

Affidavit in Support of Notice of Consent to Joint Status Report
*GATX Financial Corporation v. Municipality of Anchorage, et al.,* Case No. 3:05-cv-00291-TMB
Page 2 of 2