Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:     907-277-9511
Fax:    907-276-2631
Email:  jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:     901-577-2141
Fax:    901-577-0734
Email:  sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>                            Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>                            Defendant. | Case No. 3:05-cv-00291-TMB<br><br>**UNOPPOSED MOTION TO<br>EXTEND PRETRIAL DEADLINES** |

Plaintiff, by and through counsel, moves this court for an order extending all pretrial deadlines for thirty days.  The reason for this extension is that the parties are currently engaged in settlement discussions.  The undersigned spoke with counsel for defendant, who indicate he did not oppose this motion.

DATED this 26th day of June, 2006.

LANE POWELL LLC
Attorneys for GATX Financial Corporation

By   s/ Brewster H. Jamieson
     Brewster H. Jamieson, ASBA No. 8411122
     301 West Northern Lights Boulevard, Suite 301
     Anchorage, Alaska  99503-2648
     Telephone:  907-277-9511
     Facsimile:   907-276-2631
     Email:  jamiesonb@lanepowell.com

I certify that on June _____, 2006, a copy
of the foregoing was served by ECF on:

Dean T. Gates, Esq.  uslit@muni.org
Stephen D. Goodwin  sgoodwin@bakerdonelson.com

   s/ Brewster H. Jamieson
121591.0001/155624.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631