Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel: 901-577-2141
Fax: 901-577-0734
Email: sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>                  Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>                  Defendant. | Case No. 3:05-cv-00291-TMB<br><br>**ORDER**<br>**[PROPOSED]** |

THIS COURT, having considered plaintiff's Unopposed Motion to Extend Pretrial Deadlines, as well as any responses thereto;

IT IS HEREBY ORDERED that the motion is GRANTED. All pretrial deadlines are extended thirty days.

DATED this _____ day of June, 2006.

                                                The Honorable Timothy M. Burgess
                                                United States District Court Judge

I certify that on June 26, 2006, a copy
of the foregoing was served by ECF on:

Dean T. Gates, Esq.  uslit@muni.org
Stephen D. Goodwin  sgoodwin@bakerdonelson.com

 s/ Brewster H. Jamieson
121591.0001/155625.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631