Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:     907-277-9511
Fax:    907-276-2631
Email:  jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:     901-577-2141
Fax:    901-577-0734
Email:  sgoodwin@bakerdonelson.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>                              Defendant. | Case No. 3:05-cv-00291-TMB<br><br>**NOTICE OF STATUS OF SETTLEMENT <u>WITHDRAWL OF PENDING MOTION</u>** |

Pursuant to the Court's order of August 2, 2006 (Docket No. 37), plaintiff, by and through counsel, provides notice that the parties have made good progress toward settlement of this matter, and it is anticipated that closing documents will be filed by the end of the week.  Because of this progress, plaintiff would agree to withdraw its motion at Docket 12, which would make plaintiff's request for oral argument (Docket No. 27) moot.  This withdrawn is subject to refiling, if settlement is not achieved.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

DATED this 7th day of August, 2006.

                                            LANE POWELL LLC
                                            Attorneys for GATX Financial Corporation

                                            By   s/ Brewster H. Jamieson
                                               Brewster H. Jamieson, ASBA No. 8411122
                                               301 West Northern Lights Boulevard, Suite 301
                                               Anchorage, Alaska  99503-2648
                                               Telephone:   907-277-9511
                                               Facsimile:   907-276-2631
                                               Email:  jamiesonb@lanepowell.com

I certify that on August 7, 2006, a copy
of the foregoing was served by ECF on:

Dean T. Gates, Esq.  uslit@muni.org
Stephen D. Goodwin  sgoodwin@bakerdonelson.com

  s/ Brewster H. Jamieson
121591.0001/156119.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631