Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:     907-277-9511
Fax:    907-276-2631
Email:  jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:     901-577-2141
Fax:    901-577-0734
Email:  sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>            Defendant. | Case No. 3:05-cv-00291-TMB<br><br>**JOINT MOTION FOR DISBURSEMENT OF FUNDS HELD IN COURT REGISTRY** |

The parties, by and through their respective counsel, move this court for an order authorizing the disbursement of funds from the court's registry, in the amount of $24,352.61[1] plus accrued interest, to defendant Municipality of Anchorage, through its attorney, and to GATX Financial Corporation, through its attorney.[2]  The parties have reached a settlement of this matter and a Stipulation for Dismissal with Prejudice is being filed contemporaneously with this motion.

---

[1] *See* Exhibit 1, copy of the Clerk's receipt (Docket No. 21) and Exhibit 2, Amended Consent Order for Deposit of Funds in Court (Docket No. 26).

[2] *See* Exhibit 3, Mutual Release and Settlement.

Pursuant to the Mutual Release and Settlement agreement, the parties moves to distribute the funds as follows (after deduction of any fees charged by the Clerk):

(a) $18,459.65, plus a pro rata share of interest accrued in the fund while invested, payable to the Municipality of Anchorage, with the check mailed to its attorney Dean T. Gates at the address below; and

(b) $5,892.96, plus a pro rata share of interest accrued in the fund while invested, payable to GATX Financial Corporation, with the check mailed to its attorney Brewster H. Jamieson at the address below.

Exhibit 3 at p. 2 ¶ 2(a) and (b).

DATED this 7th Day of September, 2006

                    LANE POWELL LLC
                    Attorneys for Plaintiff

By  s/ Brewster H. Jamieson
    Brewster H. Jamieson, ASBA No. 8411122
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska  99503-2648
    Tel:    907-277-9511
    Fax:   907-276-2631
    Email:  jamiesonb@lanepowell.com

FREDERICK H. BONESS
Municipal Attorney

By  s/Dean T. Gates (consent)
    Dean T. Gates
    Assistant Municipal Attorney
    PO Box 196650
    Anchorage, Alaska  99519-6650
    Telephone   907-343-4545
    Facsimile   907-343-4550
    Email:  uslit@muni.org
    ASBA No. 0105025

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone  907.277.9511  Facsimile  907.276.2631