```
       UNITED STATES
       DISTRICT COURT
        District of Alaska
        Anchorage Division

     # 00127814 - PS
       March 13, 2006

Code    Case #    Qty     Amount

6855XX-D 05-291           24,352.61 CK


TOTAL→          24,352.61


FROM: GATX FINANCIAL CORPORATION
      DEPOSIT FUNDS
      3:05-CV-00291 TMB)
```

EXHIBIT  1
PAGE  1  OF  1