## MUTUAL RELEASE AND SETTLEMENT

WHEREAS, the Municipality of Anchorage (hereinafter referred to as "Municipality") had established the assessed value for ad valorem tax purposes of the transportation property of GATX Financial Corporation (hereinafter referred to as "GATX") for tax year 2004, after remand from an appeal to the Municipal Board of Equalization ("BOE"), in the amount of $1,922,742, an amount upheld by the BOE; and

WHEREAS, GATX has filed suit in the United States District Court for the District of Alaska under Case No. A05-291, challenging that assessment pursuant to Section 306 of the Railroad Revitalization and Regulatory Reform Act of 1976, codified at 49 U.S.C. § 11501 (hereinafter, "Section 306"); and

WHEREAS, Municipality has filed a counterclaim in that action for a declaration that Section 306 is not violated for actions to collect taxes on transportation property it believed to be escaped property for the 2000 through 2003 tax years discovered in the process of assessing GATX property for the 2004 tax year;

WHEREAS, GATX disputes that it failed to report all taxable property in accordance with the law or that any of its property escaped from taxation for the 2000 through 2003 tax years;

WHEREAS, GATX has deposited the disputed taxes for 2004 in the amount of $24,352.61 into the Registry of the Court for the United States District Court for the District of Alaska; and

WHEREAS, Municipality has announced its intention to issue supplemental assessments of GATX's transportation property for tax years prior to 2004; and

WHEREAS, the parties have reached a compromise and settlement agreement to extinguish the current federal lawsuit and any claims for additional taxes, interest, or penalty allegedly owed by GATX for tax years prior to 2004;

WHEREAS, Municipality has held its final assessment and valuation of 2005 taxes in abeyance pending the outcome of this action; and

WHEREAS, the parties wish to distribute the disputed taxes in the Registry of the Court to the appropriate parties.

Therefore, the Municipality and GATX hereby agree as follows:

1. For tax year 2004, the full and final assessment of GATX's transportation property in the Municipality of Anchorage shall be $1,558,980, utilizing an allocation factor of 30%.

Mutual Release and Settlement – GATX and Municipality of Anchorage
Case No. 3:05-cv-00291-TMB
Page 1 of 3

M SDG 979798 v1
2783874-000002 08/17/2006

EXHIBIT 3
PAGE 1 OF 3

2. Counsel for the parties will draft the appropriate papers to have the Clerk of the United States District Court distribute the funds from the Registry as follows (after deduction of any fees charged by the Clerk):

(a) $18,459.65, plus a pro rata share of interest accrued in the fund while invested, to the Municipality; and

(b) $5,892.96, plus a pro rata share of interest accrued in the fund while invested, to GATX.

(c) Distribution of the funds to Municipality will constitute the complete and final payment by GATX of taxes, interest, and penalty for 2004 taxes on GATX transportation property which is the subject of the lawsuit.

3. The Municipality and GATX agree that the allocation factor utilized by the Municipality for tax year 2005 shall be 30% and GATX waives any cause of action based on challenging that allocation factor. All other rights to appeal the 2005 tax year assessment when it is issued are preserved.

4. The Municipality and GATX agree that the allocation factor will continue to be 30% in future tax years unless a significant change in conditions is demonstrated by either GATX or Municipality.

5. In return for a lump-sum payment of $10,000 by GATX to the Municipality, the Municipality releases GATX fully and unconditionally from any claim for taxes, interest, or penalty for all tax years prior to 2004.

6. Upon satisfaction of the above conditions and execution of this agreement, GATX shall dismiss with prejudice the claims in the above-referenced lawsuit and Municipality shall dismiss with prejudice its counterclaim, with both parties to bear their own costs and attorneys fees.

7. GATX hereby releases the Municipality from any Section 306 claims for 2004 and all prior years.

8. GATX hereby releases any claims of retaliation against Municipality arising out of any actions related to the above-referenced lawsuit.

9. This agreement and release is fully binding on all signatory persons and entities, their attorneys, heirs, executors, administrators, successors, trustees and assigns.

10. This release is entered into in good faith by the undersigned and the parties released for the purpose of settling a disputed claim. All of the terms and conditions of this release have been reflected on, without haste; no one is under a disadvantage; no representations other than those set forth herein have been made; and the parties are signing this release without any coercion whatsoever.

Mutual Release and Settlement – GATX and Municipality of Anchorage
Case No. 3:05-cv-00291-TMB
Page 2 of 3

M SDG 979798 v1
2783874-000002 08/17/2006

EXHIBIT 3
PAGE 2 OF 3

11. It is the intention of the parties released and of the undersigned, and it is the purpose of this agreement, to discharge absolutely the liability of the parties released herein from any and all claims arising under Case No. A05-291 filed in the United States District Court for the District of Alaska. The parties further acknowledge that no promise or inducement which is not expressed herein has been made to them and that in executing this Mutual Release and Settlement they do not rely upon any statement or representation made by or on behalf of any person or entity hereby released, other than those statements made herein. This Mutual Release and Settlement contains the final agreement between the parties hereto and its terms are contractual, and not a mere recital.

Both parties acknowledge that this Agreement is without prejudice to any arguments or claims the parties may have concerning future assessments, other than as provided in this Agreement.

Executed by the Municipality of Anchorage this 29th day of August, 2006.

By: _____
JEFFREY E. SINZ, Chief Fiscal Officer
Municipality of Anchorage

Approved as to form and content.

_____
Frederick H. Boness, Municipal Attorney
Alaska Bar No. 7410062
Counsel for Municipality of Anchorage

Date: 8/28/06

Executed by GATX Financial Corporation this 17th day of August, 2006.

By: _____
Douglas Thornley
Director - Property, Payroll and Sales Tax
GATX Financial Corporation

Approved as to form and content.

_____
Brewster H. Jamieson
Alaska Bar No. 8411122
Counsel for GATX Financial Corporation

Date: 8/28/06

Mutual Release and Settlement – GATX and Municipality of Anchorage
Case No. 3:05-cv-00291-TMB
Page 3 of 3

M SDG 979798 v1
2783874-000002 08/17/2006

EXHIBIT 3
PAGE 3 OF 3