Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:     907-277-9511
Fax:    907-276-2631
Email:  jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:     901-577-2141
Fax:    901-577-0734
Email:  sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>                   Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; DON M. MCGEE, in his capacity as Assessor of the Municipality of Anchorage; and BOARD OF EQUALIZATION OF THE MUNICIPALITY OF ANCHORAGE,<br><br>                   Defendants. | Case No. 3:05-cv-00291-TMB<br><br>**PROPOSED<br>ORDER GRANTING<br><u>DISBURSEMENT OF FUNDS</u>** |

      THIS COURT, having considered the parties' Joint Motion for Disbursement of Funds Held in Court Registry, any response thereto, as well as applicable law;

      IT IS HEREBY ORDERED that the motion is GRANTED.  The Clerk of Court is directed to release funds, after deduction of any fees charged by the Clerk, as follows:

(a) $18,459.65, plus a pro rata share of interest accrued in the fund while invested, payable to the Municipality of Anchorage, with the check mailed to its attorney Dean T. Gates at PO Box 196650, Anchorage, Alaska 99519-6650; and

(b) $5,892.96, plus a pro rata share of interest accrued in the fund while invested, payable to GATX Financial Corporation, with the check mailed to its attorney Brewster H. Jamieson at 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648.

DATED this _____ day of September, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631