Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:     907-277-9511
Fax:    907-276-2631
Email:  jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:     901-577-2141
Fax:    901-577-0734
Email:  sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>                           Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>                           Defendant. | Case No. 3:05-cv-00291-TMB<br><br>**STIPULATION FOR**<br>**DISMISSAL WITH PREJUDICE** |

COME NOW, the parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., and stipulate that plaintiff's claims and defendant's counterclaims may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

In accordance with Rule 41(a)(1)(i), such dismissal shall be effective upon filing of this stipulation and without further order of court.

                                                  LANE POWELL LLC
                                                  Attorneys for GATX Financial Corporation

DATED:  September ____, 2006      By  s/ Brewster H. Jamieson
                                                    Brewster H. Jamieson, ASBA No. 8411122
                                                    301 West Northern Lights Boulevard, Suite 301
                                                    Anchorage, Alaska  99503-2648
                                                    Telephone:  907-277-9511
                                                    Facsimile:   907-276-2631
                                                    Email:  jamiesonb@lanepowell.com

                                                  FREDERICK H. BONESS
                                                  Municipal Attorney

DATED:  September ____, 2006      By  s/Dean T. Gates (consent)
                                                    Dean T. Gates
                                                   Assistant Municipal Attorney
                                                   PO Box 196650
                                                   Anchorage, Alaska  99519-6650
                                                   Telephone   907-343-4545
                                                   Facsimile    907-343-4550
                                                   Email:  uslit@muni.org
                                                   ASBA No. 0105025

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631