Brewster H. Jamieson
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Tel:     907-277-9511
Fax:    907-276-2631
Email:  jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:     901-577-2141
Fax:    901-577-0734
Email:  sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>    Plaintiff/Counter Defendants,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; *et al.*,<br><br>    Defendants/Counter Claimant. | Case No. 3:05-cv-00291-TMB<br><br>**NOTICE OF FILING<br>AMENDED PROPOSED ORDER<br>GRANTING DISBURSEMENT OF FUNDS** |

Pursuant to the a request from the Clerk, plaintiff provides an Amended Proposed Order Granting the Disbursement of Funds, in compliance with LR 67.2.

DATED this 21st day of September, 2006.

LANE POWELL LLC
Attorneys for GATX Financial Corporation


By   s/ Brewster H. Jamieson
   Brewster H. Jamieson, ASBA No. 8411122
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska  99503-2648
   Telephone:  907-277-9511
   Facsimile:   907-276-2631
   Email:  jamiesonb@lanepowell.com

I certify that on September 21, 2006, a copy of the foregoing was served by ECF on:

Dean T. Gates, Esq., uslit@muni.org
Stephen D. Goodwin, sgoodwin@bakerdonelson.com

   s/ Brewster H. Jamieson
121591.0001/156691.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631