Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel:   907-277-9511
Fax:   907-276-2631
Email: jamiesonb@lanepowell.com

Stephen D. Goodwin
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
2000 First Tennessee Building
Memphis, Tennessee 38103
Tel:   901-577-2141
Fax:   901-577-0734
Email: sgoodwin@bakerdonelson.com
Attorneys for Plaintiff

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>             Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE; DON M. MCGEE, in his capacity as Assessor of the Municipality of Anchorage; and BOARD OF EQUALIZATION OF THE MUNICIPALITY OF ANCHORAGE,<br><br>             Defendants. | Case No. 3:05-cv-00291-TMB<br><br>**AMENDED PROPOSED ORDER GRANTING <u>DISBURSEMENT OF FUNDS</u>** |

   THIS COURT, having considered the parties' Joint Motion for Disbursement of Funds

Held in Court Registry, any response thereto, as well as applicable law;

   IT IS HEREBY ORDERED that the motion is GRANTED.  From the funds deposited by

GATX Financial Corporation into the Registry of the Court by order of the court on March 20, 2006

(Docket No. 26), the Clerk of Court is directed to deduct from income earned on investment, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, and to release the remaining funds as follows:

    (a)    $18,459.65, plus a pro rata share of interest accrued in the fund while invested in the amount of $98.21 (plus 76% of interest accrued since last statement), payable to the Municipality of Anchorage, 632 West Sixth Avenue Suite 730, Anchorage, Alaska 99519-2230, phone 907-343-4545, Tax ID 92-0059987, with the check mailed to its attorney Dean T. Gates at PO Box 196650, Anchorage, Alaska 99519-6650; and

    (b)    $5,892.96, plus a pro rata share of interest accrued in the fund while invested in the amount of $31.35 (plus 24% of interest accrued since last statement), payable to GATX Financial Corporation, 500 West Monroe Street, Chicago, Illinois 60661-3678, phone 800-428-8161, FEIN 94-1661392, with the check mailed to its attorney Brewster H. Jamieson at 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648.

DATED this _____ day of September, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on September 21, 2006, a copy of the foregoing was served by ECF on:

Dean T. Gates, Esq.  uslit@muni.org
Stephen D. Goodwin  sgoodwin@bakerdonelson.com

  s/ Brewster H. Jamieson
121591.0001/152671.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**Amended Proposed Order Granting Disbursement of Funds**
*GATX Financial Corporation v. Municipality of Anchorage, et al.*  (A05-0291 CV (JKS))    **Page 2 of 2**