IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GATX FINANCIAL CORPORATION,<br><br>               Plaintiff,<br><br>   vs.<br><br>MUNICIPALITY OF ANCHORAGE;<br>DON M. MCGEE, in his capacity as<br>Assessor of the Municipality of<br>Anchorage; and BOARD OF<br>EQUALIZATION OF THE<br>MUNICIPALITY OF ANCHORAGE,<br><br>               Defendants. | Case No. 3:05-cv-0291   TMB<br><br>O R D E R<br>GRANTING DISBURSEMENT OF FUNDS |

       THIS COURT, having considered the parties' Joint Motion for Disbursement of Funds Held in Court Registry, any response thereto, as well as applicable law;

       **IT IS HEREBY ORDERED** that the motion is **GRANTED.** The Clerk of Court is directed to release funds, after deduction of any fees charged by the Clerk, as follows:

       (a) $18,459.65, plus a pro rata share of interest accrued in the fund while invested, payable to the Municipality of Anchorage, with the check mailed to its attorney Dean T. Gates at PO Box 196650, Anchorage, Alaska 99519-6650; and

       (b) $5,892.96, plus a pro rata share of interest accrued in the fund while invested, payable to GATX Financial Corporation, with the check mailed to its attorney Brewster H. Jamieson at 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648.

   Dated at Anchorage, Alaska, this 19th day of October, 2006.

                                                     /s/ Timothy Burgess

                                                     Timothy M. Burgess<br>                                                     United States District Judge